IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01817-WYD-BNB

ROBERTA JOHNSON,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss Plaintiff's Claims With Prejudice, filed October 13, 2011 [ECF No. 9]. Upon consideration of the motion and the file in this matter, it is hereby

ORDERED that the motion is **GRANTED** and the claims and causes of action asserted in this matter are **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorneys' fees.

Dated:  October 13, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE